

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00370-CR

Jesus Jaime **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B91-53
Honorable Emil Karl Prohl, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED, and the trial court's judgment is AFFIRMED.

SIGNED May 22, 2013.

_____
Marialyn Barnard, Justice